Terri L. CANTRELL, Appellant,

v.

John L. RUPARD, et al., Respondents.

No. WD 40041.

Missouri Court of Appeals,
Western District.

Sept. 6, 1988.

Max Von Ermannsdorff, Brian J. Klopfenstein, Kansas City, for appellant.

Bradley McTavish, Kansas City, for respondents.

Before CLARK, P.J., and
LOWENSTEIN and FENNER, JJ.

### ORDER

PER CURIAM:

From an adverse jury verdict in the Circuit Court of Clay County, the plaintiff appeals a personal injury action arising out of an automobile accident in which she was a passenger. The appellant raised instructional error and sought a reversal based on the trial court's failure to grant the new trial motion.

Judgment affirmed. Rule 30.25(b).